**EXHIBIT 2:** INFRINGEMENT

URL: https://www.instagram.com/p/B2FipVLDL0m/?img_index=2

