LEECH TISHMAN NELSON HARDIMAN
Allen B. Grodsky (SBN 111064)
*agrodsky@leechtishman.com*
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Telephone: (310) 203-2800
Facsimile: (310) 203-2727

Attorneys for Defendant Adam Levine

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Weather Productions LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Adam Levine,<br><br>　　　　Defendant. | Case No. 2:25-cv-06866-GW-AJR<br><br>Before the Hon. George H. Wu,<br>U.S. District Judge<br><br>**ANSWER TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Action filed:　July 28, 2025 |

　　　Defendant Adam Levine ("Defendant"), as and for his Answer to the Complaint, responds as follows:

　　　1.　　In response to Paragraph 1 of the Complaint, Defendant admits that the action purports to allege a claim under 17 U.S.C. § 101 *et. seq.*

　　　2.　　In response to Paragraph 2 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of that paragraph and, based thereon, denies the allegations contained therein.

　　　3.　　In response to Paragraph 3 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of that paragraph and, based thereon, denies the allegations contained therein.

　　　4.　　In response to Paragraph 4 of the Complaint, Defendant admits the

allegations contained therein.

5. In response to Paragraph 5 of the Complaint, Defendant admits that @adamlevine is his official Instagram account. In further response to Paragraph 5 of the Complaint, Defendant denies each and every other allegation contained therein.

6. In response to Paragraph 6 of the Complaint, Defendant lacks information and belief, sufficient to respond to the allegations of that paragraph and, based thereon, denies each and every allegation contained therein.

7. In response to Paragraph 7 of the Complaint, Defendant admits that a video of hurricane damage was included in an Instagram post urging Defendant's followers to donate to disaster relief organizations, and that Plaintiff's permission or authorization was not obtained. In further response to Paragraph 7 of the Complaint, Defendant lacks information and belief as to whether the video posted on his Instagram account is the "Video" referenced in the complaint and based thereon, denies that allegation. In further response to Paragraph 7, Defendant denies each and every other allegation contained therein.

8. In response to Paragraph 8 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of this paragraph, and, based thereon, denies each and every allegation contained therein.

9. In response to Paragraph 9 of the Complaint, Defendant admits that he is a citizen of the state of California. In further response to Paragraph 9, Defendant denies each and every other allegation contained therein.

10. In response to Paragraph 10 of the Complaint, Defendant admits the allegations contained herein.

11. In response to Paragraph 11 of the Complaint, Defendant admits that the Court can maintain personal jurisdiction over him.

12. In response to Paragraph 12 of the Complaint, Defendant admits that venue is proper in this district.

13. In response to Paragraph 13 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of this paragraph, and, based thereon, denies each and every allegation contained therein.

14. In response to Paragraph 14 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of this paragraph, and, based thereon, denies each and every allegation contained therein.

15. In response to Paragraph 15 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of this paragraph, and, based thereon, denies each and every allegation contained therein.

16. In response to Paragraph 16 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of this paragraph, and, based thereon, denies each and every allegation contained therein.

17. In response to Paragraph 17 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of this paragraph, and, based thereon, denies each and every allegation contained therein.

18. In response to Paragraph 18 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of this paragraph, and, based thereon, denies each and every allegation contained therein.

19. In response to Paragraph 19 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of this paragraph, and, based thereon, denies each and every allegation contained therein.

20. In response to Paragraph 20 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of this paragraph, and, based thereon, denies each and every allegation contained therein.

21. In response to Paragraph 21 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of this paragraph, and, based thereon, denies each and every allegation contained therein.

22. In response to Paragraph 22 of the Complaint, Defendant admits that

@adamlevine is his official Instagram account.  The remainder of Paragraph 22 contains a legal conclusion to which no answer is required.

23. In response to Paragraph 23 of the Complaint, Defendant admits that @adamlevine is his official Instagram account.  The remainder of Paragraph 23 contains a legal conclusion to which no answer is required.

24. In response to Paragraph 24 of the Complaint, Defendant denies the allegations contained therein.

25. In response to Paragraph 25 of the Complaint, Defendant denies the allegations contained therein.

26. In response to Paragraph 26 of the Complaint, Defendant denies the allegations contained therein.

27. In response to Paragraph 27 of the Complaint, Defendant denies the allegations contained therein.

28. In response to Paragraph 28 of the Complaint, Defendant denies the allegations contained therein.

29. In response to Paragraph 29 of the Complaint, Defendant admits that, on or about September 6, 2019, a video of hurricane damage was included in an Instagram post on @adamlevine urging Defendant's followers to donate to disaster relief organizations, that Exhibit 2 appears to be a screengrab of a portion of that post, and that Defendant did not obtain authorization or permission from Plaintiff.

30. In response to Paragraph 30 of the Complaint, Defendant admits that the screengrab attached as Exhibit 2 reflects 187,355 likes.  In further response to Paragraph 30, Defendant lacks information and belief to respond to the other allegations of that paragraph and, based thereon, denies each and every other allegation contained therein.

31. In response to Paragraph 31 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of this paragraph, and, based thereon, denies each and every allegation contained therein.

32. In response to Paragraph 32 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of this paragraph, and, based thereon, denies each and every allegation contained therein.

33. In response to Paragraph 33 of the Complaint, Defendant denies the allegations contained therein.

34. In response to Paragraph 34 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of this paragraph, and, based thereon, denies each and every allegation contained therein.

35. In response to Paragraph 35 of the Complaint, Defendant denies the allegations contained therein.

36. In response to Paragraph 36, a video depicting hurricane damage was included in an Instagram post on Defendant's Instagram page seeking donations to disaster relief organizations. In further response to Paragraph 36, Defendant denies the other allegations contained therein.

37. In response to Paragraph 37 of the Complaint, Defendant denies the allegations contained therein.

38. In response to Paragraph 38 of the Complaint, Defendant denies the allegations contained therein.

39. In response to Paragraph 39 of the Complaint, Defendant denies the allegations contained.

40. In response to Paragraph 40 of the Complaint, Defendant denies the allegations contained therein.

41. In response to Paragraph 41 of the Complaint, Defendant denies the allegations contained therein.

42. In response to Paragraph 42 of the Complaint, Defendant denies the allegations contained therein.

43. In response to Paragraph 43 of the Complaint, Defendant denies the allegations contained therein.

44. In response to Paragraph 44 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of this paragraph, and, based thereon, denies each and every allegation contained therein.

45. In response to Paragraph 45 of the Complaint, Defendant denies the allegations contained therein.

46. In response to Paragraph 46 of the Complaint, Defendant denies the allegations contained therein.

47. In response to Paragraph 47 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of this paragraph, and, based thereon, denies each and every allegation contained therein.

48. In response to Paragraph 48 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of this paragraph, and, based thereon, denies each and every allegation contained therein.

49. In response to Paragraph 49 of the Complaint, Defendant denies the allegations contained therein.

50. In response to Paragraph 50 of the Complaint, Defendant denies the allegations contained therein.

51. In response to Paragraph 51 of the Complaint, Defendant denies the allegations contained therein.

## FIRST COUNT

52. In response to Paragraph 52 of the Complaint, Defendant repeats and incorporates its denials and admissions contained in the preceding paragraphs, as if set forth herein.

53. In response to Paragraph 53 of the Complaint, Defendant lacks information and belief sufficient to respond to the allegations of this paragraph, and, based thereon, denies each and every allegation contained therein.

54. In response to Paragraph 54 of the Complaint, Defendant lacks

information and belief sufficient to respond to the allegations of this paragraph, and, based thereon, denies each and every allegation contained therein.

55. In response to Paragraph 55 of the Complaint, Defendant admits the allegations contained therein.

56. In response to Paragraph 56 of the Complaint, Defendant denies the allegations contained therein.

57. In response to Paragraph 57 of the Complaint, Defendant denies the allegations contained therein.

58. In response to Paragraph 58 of the Complaint, Defendant denies the allegations contained therein.

59. In response to Paragraph 59 of the Complaint, Defendant denies the allegations contained therein.

60. In response to Paragraph 60 of the Complaint, Defendant denies the allegations contained therein.

61. In response to Paragraph 61 of the Complaint, Defendant denies the allegations contained therein.

62. In response to Paragraph 62 of the Complaint, this paragraph does not contain an averment of fact and there is nothing for Defendant to admit or deny.

## **AFFIRMATIVE DEFENSES**

In response to the Complaint, Defendant asserts the following affirmative defenses:

### **First Affirmative Defense**

1. The Complaint fails to allege a claim upon which relief may be granted.

### Second Affirmative Defense

2. The alleged infringements, or remedies Plaintiff seeks, are barred in whole or part by statutes of limitation, including, among others, 17 U.S.C. § 507(b).

### Third Affirmative Defense

3. Without admitting the alleged use of any copyrighted material allegedly owned by Plaintiff, the conduct of which Plaintiff complains constitutes fair use.

### Fourth Affirmative Defense

4. Plaintiff has suffered no injury or damage as a result of any act or conduct by Defendant, nor are there any revenues or profits of Defendant attributable to the allegedly infringing conduct.

### Fifth Affirmative Defense

5. To the extent that Defendant engaged in any infringement, such infringement was innocent and was not willful or intentional.

### Sixth Affirmative Defense

6. The Complaint's claims for damages against Defendant are barred because Plaintiff's alleged damages are speculative or uncertain in their nature and are not susceptible of proof with reasonable certainty.

### Seventh Affirmative Defense

7. The Complaint, and each and every purported claim for relief therein, is barred by the doctrine of waiver.

## Eighth Affirmative Defense

8. The Complaint, and each and every purported claim for relief therein, is barred by the doctrine of estoppel.

## Ninth Affirmative Defense

9. The Complaint, and each and every purported claim for relief therein, is barred by the doctrine of laches.

## Tenth Affirmative Defense

10. The Complaint, and each and every purported claim for relief therein, is barred by the doctrine of unclean hands.

## Eleventh Affirmative Defense

11. To the extent Defendant engaged in any of the acts complained of, such acts were excused, justified, or privileged.

## PRAYER

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff take nothing by way of his Complaint and that the Complaint be dismissed;

2. That the Complaint, and each and every purported claim for relief set forth therein, be dismissed with prejudice;

3. That Defendant be awarded his costs and attorneys' fees; and

4. For such other and further relief as the Court deems just and proper.

Dated: October 3, 2025

LEECH TISHMAN NELSON HARDIMAN

By: /s/ Allen B. Grodsky
Allen B. Grodsky

Attorneys for Defendant Adam Levine

## DEMAND FOR JURY TRIAL

Defendant demands trial by jury of this matter.

Dated: October 3, 2025        LEECH TISHMAN NELSON HARDIMAN


By:  /s/ Allen B. Grodsky
         Allen B. Grodsky

Attorneys for Defendant Adam Levine