**SANDERS LAW GROUP**
Frances Lange, Esq. (Cal Bar 304892)
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: flange@sanderslaw.group
File No.: 131828

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Weather Productions LLC, | Case No: 2:25-cv-06866-GW-AJR |
| Plaintiff, | |
| v. | |
| Adam Levine, | |
| Defendant. | |

## APPEARANCE OF COUNSEL

**TO THE JUDGE OF COURT AND ALL PARTIES OF RECORD:**

I am admitted or otherwise authorized to practice in this court, and I am appearing in this case as counsel for the Plaintiff Global Weather Productions LLC.

DATED: January 6, 2026

**SANDERS LAW GROUP**

By: */s/ Frances Lange*
Frances Lange, Esq.
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: flange@sanderslaw.group
File No.: 131828

*Attorneys for Plaintiff*