**SANDERS LAW GROUP**
Craig B. Sanders, Esq. (Cal Bar 284397)
csanders@sanderslaw.group
Frances Lange, Esq. (Cal Bar 304892)
flange@sanderslaw.group
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 131828

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Weather Productions LLC, | Case No. 2:25-cv-06866-GW-AJR |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Judge: George H. Wu and A. Joel Richlin |
| Adam Levine, | Complaint Filed: July 28, 2025 |
| Defendant. | |

//
//
//
//
//
//
//
//

**PLEASE TAKE NOTICE** that Global Weather Productions LLC ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and is in the process of documenting the settlement. Plaintiff anticipates filing a dismissal with prejudice within 45 days.

DATED: January 7, 2026

By:   /s/ Frances Lange
Frances Lange, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: flange@sanderslaw.group
File No.: 131828
*Attorneys for Plaintiff*

Case No. 2:25-cv-06866-GW-AJR

NOTICE OF SETTLEMENT