# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-6866-GW-AJRx | Date | January 7, 2026 |
|---|---|---|---|
| Title | *Global Weather Productions LLC v. Adam Levine* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On January 7, 2026, Plaintiff Global Weather Productions LLC filed a Notice of Settlement [21]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 45 days. The Court sets an order to show re: settlement hearing for February 23, 2026 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss and proposed order is filed by noon on February 19, 2026.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |