**SANDERS LAW GROUP**
Craig B. Sanders, Esq. (Cal Bar 284397)
csanders@sanderslaw.group
Frances Lange, Esq. (Cal Bar 304892)
flange@sanderslaw.group
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 131828

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Weather Productions LLC, <br><br>  Plaintiff, <br><br> v. <br><br> Adam Levine, <br><br>  Defendant. | **Case No. 2:25-cv-06866-GW-AJR** |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

//

//

//

//

//

//

DATED: January 26, 2026

By:   */s/Frances Lange*
Frances Lange, Esq.
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
Tel:(516) 203-7600
Email:flange@sanderslaw.group
File No.: 131828

*Attorneys for Plaintiff*