**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC,<br><br>         Plaintiff,<br><br>   v.<br><br>ADAM LEVINE,<br><br>         Defendant. | Case No. CV 25-6866-GW-AJRx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    Based upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [26] filed on January 26, 2026, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

    IT IS SO ORDERED.

Dated: January 27, 2026

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE